EG
08/28/2025

| | | |
|---|---|---|
| **BROWNSVILLE DIVISION**<br>FILE: 2025R11010<br>B-25-741-MJ | **CRIMINAL DOCKET** | NO. **B-25-732** |

INDICTMENT     Filed: SEPTEMBER 16, 2025     Judge: **Rolando Olvera**
COUNTY: CAMERON

**ATTORNEYS:**

**UNITED STATES OF AMERICA**          NICHOLAS J. GANJEI, USA

**vs.**                                                          LUIS SALAZAR, AUSA

DIEGO MISAEL TORRES (YOB: 2006) U.S.

**CHARGE:**   Assaulting or Impeding a Federal Officer Involving Physical Contact
Total            18 U.S.C. 111(a)(1)
Counts
(1)

**PENALTY:**   up to 8 years imprisonment, a fine up to $250,000, and up to 3-year SRT

In Jail: X
On Bond:
No Arrest:
HSI: JOSE VALADEZ JR

**P R O C E E D I N G S:**